ORIGINAL

FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0519

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0519

KENNETH D. LaMERE, JR.,

Petitioner,

v.

CAPTAIN JASON VALDEZ,

Respondent.

FILED

OCT 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, Kenneth D. LaMere has filed a Petition for Writ of Habeas Corpus, indicating illegal incarceration. He explains that "there is no victim, no witnesses, no weapon," and he asserts that he is a political prisoner. LaMere requests dismissal of the charges as well as monetary damages. He is being held in the Yellowstone County Detention Center.

On April 7, 2022, the State sought to file its charging documents against LaMere. The Yellowstone County District Court issued an order granting leave as well as an arrest warrant with a $5,000 bond on April 13, 2022. On August 23, 2022, LaMere appeared in court for his arraignment, and the court maintained the same bond, including a GPS requirement. LaMere has counsel to represent him.

LaMere has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. The cause of his incarceration is his pending criminal case in the District Court. He is not entitled to his requested relief.

LaMere should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c). Therefore,

IT IS ORDERED that LaMere's Petition for a Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: Terry Halpin, Clerk of District Court, Yellowstone County, under Cause No. DC-2022-391, for distribution of copies to the presiding Judge as well as counsel of record there; counsel of record, and to Kenneth D. LaMere personally.

DATED this _____ day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2